UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> -v.-<br><br>JUAN ALBERTO PEREIRA CELEMIN,<br>MIGUEL ANTONIO PEREIRA CELEMIN,<br>HAIDER FARITH GONZALEZ LARRADA,<br>a/k/a "El Indio,"<br>ALCIBIADES ENRIQUE CERVANTES CUJIA,<br>WILLIAM ARDILLA,<br>a/k/a "Titi,"<br>FREDDY RAFAEL ENRIQUE OROZCO GARCIA,<br>a/k/a "Black,"<br>ADRIAN LENY HERRERA DELGANS,<br>a/k/a "El Chino," and<br>JULIAN DAVID HURTADO OCHOA,<br>a/k/a "Juan K,"<br><br>      Defendants. | Docket No. 08 CR 165 (PGG)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Ronald G. White and Ruti Smithline from the firm of Morrison & Foerster LLP hereby appear as counsel of record for Defendant Adrian Leny Herrera Delgans in this action. Pursuant to the Criminal Justice Act, Ronald G. White was appointed by Magistrate Judge James L. Cott on September 9, 2011 as counsel for Mr. Delgans.

Dated: New York, New York
    November 2, 2011

MORRISON & FOERSTER LLP

By:  /s/ Ronald G. White_____.
   Ronald G. White

1290 Avenue of the Americas
New York, New York 10104-0012
Telephone: (212) 468-8000
RWhite@mofo.com

*Attorneys for Defendant*
Adrian Leny Herrera Delgans