UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

    - v. -                    :

ADRIAN LENY HERRERA DELGANS,   :
   a/k/a "El Chino,"
                                 :
        Defendant.
                                 :
- - - - - - - - - - - - - - - - -x

INFORMATION

S2 08 Cr. 165 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/12

COUNT ONE

The United States Attorney charges:

1. From at least in or about 2005, up to and including February 2008, in the Southern District of New York and elsewhere, ADRIAN LENY HERRERA DELGANS, a/k/a "El Chino," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ADRIAN LENY HERRERA DELGANS, a/k/a "El Chino," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATIONS

4. As a result of committing the controlled substance offense alleged in Count One of this Information, ADRIAN LENY HERRERA DELGANS, a/k/a "El Chino," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

Substitute Asset Provision

5. If any of the forfeitable property described above, as a result of any act or omission of ADRIAN LENY HERRERA DELGANS, a/k/a "El Chino," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the

United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ADRIAN LENY HERRERA DELGANS,
a/k/a "El Chino,"

Defendant.

INFORMATION

S2 08 Cr. 165 (PGG)

(Title 21, United States Code,
Section 846.)

PREET BHARARA
United States Attorney.

1/6/12

Fld Information & waiver of Indictment
Deft. pres. with attorney Ronald White
AUSA Edward Kim Court Reporter Present
Interpreter pres/not pres. Deft. withdraws plea of not guilty & enters a plea of guilty to count(s) 1. PSI Ordered. Sentence 4/12/12 at 2:30 pm
Bail Continued detained.
Mag. Judge Pitman recommends Judge Gardephe accept the guilty plea.

Pitman, MJ